**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–2044
www.iasb.uscourts.gov

In the Matter of:                                   Case No. 19–00290–lmj13
Richard L Dowell

Debtor(s)

## NOTICE OF DISMISSAL WITH PREJUDICE

As reflected by the docket text order entered today, the Court has dismissed this case with prejudice. Pursuant to Rule 2002(f)(2) and (k) of the Federal Rules of Bankruptcy Procedure, notice is hereby given that this case is dismissed. The 11 U.S.C. section 109(g) bar against refiling for 180 days applies.

Date: 6/27/19

                                              Megan R. Weiss
                                              Acting Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case